# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILCO LIFE INSURANCE COMPANY,<br><br>    Plaintiff-in-Interpleader,<br><br>vs.<br><br>CHANDRA W. CHAND, an individual, RENU CHAND, an individual, MAVRICK CHANDRA, an individual, ELVIN CHANDRA, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants-in-Interpleader. | Case No. 2:19-cv-00511-CAS-PLAx<br><br>Honorable Christina A. Snyder<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF THE PARTIES FOR:**<br><br>1. **PERMANENT INJUNCTION;**<br>2. **RECOVERY OF WILCO'S REASONABLE ATTORNEYS' FEES AND COSTS;**<br>3. **DISCHARGE OF LIABILITY OF WILCO;**<br>4. **DISTRIBUTION OF FUNDS; AND**<br>5. **DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint filed: January 23, 2019 |

### [PROPOSED] ORDER

Having reviewed the parties' Stipulation and for good cause appearing, THE COURT HEREBY ORDERS AS FOLLOWS:

1. That the parties' Stipulation is the Order of the Court and that Wilco Life Insurance Company ("Wilco") is hereby discharged of any and all liability with

respect to flexible premium adjustable life insurance policy, policy number 0701R03670, issued to Ramesh Chand ("Decedent") (the "Policy"), as well as the death benefits, plus applicable interest already paid by Wilco, due under the Policy as a result of the death of Decedent in the amount of $128,297.14 (the "Policy's Proceeds"), and any and all claims that Renu Chand ("Renu"), Chandra W. Chand ("Chandra"), Mavrick Chandra ("Mavrick"), and Elvin Chandra ("Elvin") (collectively, Defendants-in-Interpleader) had, have or may have regarding the Policy and/or the Policy's Proceeds;

2. That Defendants-in-Interpleader and their respective agents, attorneys and/or assigns shall be enjoined and perpetually restrained from instituting any suit at law or equity, or action of any kind whatsoever, against Wilco and/or its parent companies, subsidiary companies, agents, affiliates, representatives or attorneys with respect to the Policy and/or the Policy's Proceeds;

3. That the Policy's Proceeds on deposit with the Court shall be distributed to the parties by checks made payable as follows:

- Wilco shall be awarded the sum of $9,500.00 as its reasonable attorneys' fees and costs incurred in this action, to be deducted from the Policy's Proceeds on deposit with the Court, and made payable via a check to "Wilco Life Insurance Company" and mailed to its counsel of record in this action: "Attention: Martin E. Rosen, Esq., Hinshaw & Culbertson LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071";

- A check in the amount of $7,500.00 shall be made payable to "Renu Chand" and mailed to: "Renu Chand, 2994 Cheswycke Terrace, #155, Fremont, CA 94536";

- A check for the remainder of the sum on deposit ($111,297.14), plus any interest accrued since the date of deposit of the Policy's Proceeds with the Court, shall be made payable to "Attorney Trust Account of Charles Ferrari," for the benefit of Chandra, Mavrick, and Elvin, and mailed to: "Attention:

Charles Ferrari, Esq., Law Offices of Charles Ferrari, 17602 17th Street, Suite 102-210, Tustin, CA 92780"; and

4. That this entire action be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 21, 2019

*Christina A. Snyder*

Honorable Christina A. Snyder
United States District Court Judge

cc: Fiscal